Crudele v Price (2023 NY Slip Op 03766)

Crudele v Price

2023 NY Slip Op 03766

Decided on July 12, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 12, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
VALERIE BRATHWAITE NELSON
WILLIAM G. FORD
BARRY E. WARHIT, JJ.

2021-04636 
2021-06249
2021-07081
 (Index No. 608551/20)

[*1]Gerard J. Crudele, plaintiff, 
v
Jennifer C. Price, et al., respondents; Krenstel Guzman Herbert, LLP, nonparty-appellant.

Mischel & Horn, P.C., New York, NY (Scott T. Horn and Christen Giannaros of counsel), for nonparty-appellant.
Bartlett LLP, Central Islip, New York, NY (Steven E. Snair of counsel), for respondents Jennifer C. Price and Smithtown Fire Department.
Miranda Slone Sklarin Verveniotis LLP, Elmsford, NY (James E. Kimmel of counsel), for respondents Michael Caruso and Lorraine Caruso.

DECISION & ORDER
In an action to recover damages for personal injuries, nonparty Krentsel Guzman Herbert, LLP, the plaintiff's counsel, appeals from (1) an order of the Supreme Court, Suffolk County (Martha L. Luft, J.), dated June 24, 2021, (2) a judgment of the same court entered July 27, 2021, and (3) a judgment of the same court entered September 14, 2021. The order, after a hearing, granted those branches of the separate motions of the defendants Michael Caruso and Lorraine Caruso and the defendants Jennifer C. Price and Smithtown Fire Department which were pursuant to 22 NYCRR 130-1.1 for sanctions in the form of attorneys' fees and costs against nonparty Krentsel Guzman Herbert, LLP. The judgment entered June 27, 2021, upon the order, is in favor of counsel for the defendants Michael Caruso and Lorraine Caruso and against Krentsel Guzman Herbert, LLP, in the total sum of $6,046.80. The judgment entered September 14, 2021, upon the order, is in favor of the defendants Jennifer C. Price and Smithtown Fire Department and against Krentsel Guzman Herbert, LLP, in the total sum of $10,354.50.
ORDERED that on the Court's own motion, the notice of appeal is deemed to be a notice of appeal by nonparty Krentsel Guzman Herbert, LLP (see CPLR 2001; Matter of Tagliaferri v Weiler, 1 NY3d 605); and it is further,
ORDERED that the appeal from the order is dismissed, as the order was superseded by the judgments; and it is further,
ORDERED that the judgments are reversed, on the law, on the facts, and in the exercise of discretion, those branches of the separate motions of the defendants Michael Caruso and Lorraine Caruso and the defendants Jennifer C. Price and Smithtown Fire Department which were pursuant to 22 NYCRR 130-1.1 for sanctions in the form of attorneys' fees and costs against nonparty Krentsel Guzman Herbert, LLP, are denied, and the order is modified accordingly; and it [*2]is further,
ORDERED that one bill of costs is awarded to the appellant payable by the defendants Michael Caruso and Lorraine Caruso and the defendants Jennifer C. Price and Smithtown Fire Department.
Pursuant to 22 NYCRR 130-1.1, a court, in its discretion, after a reasonable opportunity to be heard, may impose sanctions against a party or the attorney for a party, or both, for frivolous conduct (see id. § 130-1.1[b], [d]). "[C]onduct is frivolous if . . . (1) it is completely without merit in law and cannot be supported by a reasonable argument for an extension, modification or reversal of existing law; (2) it is undertaken primarily to delay or prolong the resolution of the litigation, or to harass or maliciously injure another; or (3) it asserts material factual statements that are false" (id. § 130-1.1[c]).
Here, the Supreme Court improvidently exercised its discretion in imposing sanctions upon Krentsel Guzman Herbert, LLP, as its conduct was not frivolous within the meaning of 22 NYCRR 130-1.1 (see NHD Nigani, LLC v Angelina Zabel Props., Inc., 161 AD3d 758, 761; Joan 2000, Ltd. v Deco Constr. Corp., 66 AD3d 841, 842; Wagner v Goldberg, 293 AD2d 527, 528).
BARROS, J.P., BRATHWAITE NELSON, FORD and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court